## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER, <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity, <br><br> Defendants. | CIVIL ACTION FILE <br> NO. 1:21-cv-02798-JPB |

## CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BOTTOMS AND SHIELDS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

COME NOW, Plaintiffs **MARK GARDNER, LONNIE HOOD, and IVORY STREETER** and Defendants **KEISHA LANCE BOTTOMS and ERIKA SHIELDS,** in their individual capacities, and file and serve this Consent Motion stipulating the time within which these Defendants shall have to file a Reply Brief in Support of their Motion to Dismiss showing the Court as follows:

Plaintiffs and Defendants Bottoms and Shields stipulate to allowing said Defendants through and including November 12, 2021 to file a Reply Brief in support of their Motion to Dismiss.

WHEREFORE, these Parties respectfully request this Court inquire into and grant the instant Motion, giving Defendants Bottoms and Shields through and including November 12 to file a Reply Brief in support of their pending Motion to Dismiss.

Respectfully submitted this 1st day of November, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ R. David Ware*
*/s/ Phillip E. Friduss*
R. DAVID WARE
Georgia Bar No. 737756
191 Peachtree Street. N.E.    PHILLIP E. FRIDUSS
Suite 2900    Georgia Bar No. 277220
Atlanta, Georgia 30303    RUSSELL A. BRITT
Tel:  (404) 954-5000    Georgia Bar No. 473664
Fax:  (404) 954-5020    NICHOLAS A. KINSLEY
Email:    Georgia Bar No. 273862
dware@hallboothsmith.com
pfriduss@hallboothsmith.com    *Counsel for Defendants Keisha Lance*
rbritt@hallboothsmith.com    *Bottoms and Erika Shields*
nkinsley@hallsmith.com

| | |
|---|---|
| | **LORUSSO LAW FIRM, P.C.** |
| | */s/ Lance J. LoRusso* |
| | LANCE J. LORUSSO |
| 1827 Powers Ferry Road, S.E. | Georgia Bar No. 458023 |
| Atlanta, Georgia 30339 | KEN DAVIS |
| Tel:  (770) 644-2738 | Georgia Bar No. 705045 |
| Fax: (770) 644-2379 | *Counsel for Plaintiffs* |
| Email: | |
| lance@lorussolawfirm.com | |
| ken@lorrusolawfirm.com | |

## LOCAL RULE 7.1D CERTIFICATION

Pursuant to N.D. Ga. LR 7.1D for the Northern District of Georgia, the undersigned counsel for Defendants certifies that the above and foregoing is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B and C.

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,<br><br>    Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity,<br><br>    Defendants. | CIVIL ACTION FILE NO. 1:21-cv-02798-JPB |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS BOTTOMS AND SHIELDS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS,** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Lance J. LoRusso
Ken Davis
LoRusso Law Firm, P.C.
1827 Powers Ferry Road, S.E.
Atlanta, Georgia 30339
lance@lorussolawfirm.com
*Attorneys for Plaintiffs*


Respectfully submitted this 1st day of November, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ R. David Ware*
*/s/ Phillip E. Friduss*
R. DAVID WARE
Georgia Bar No. 737756

191 Peachtree Street. N.E.    PHILLIP E. FRIDUSS
Suite 2900                    Georgia Bar No. 277220
Atlanta, Georgia 30303        RUSSELL A. BRITT
Tel:   (404) 954-5000         Georgia Bar No. 473664
Fax:   (404) 954-5020         NICHOLAS A. KINSLEY
Email: dware@hallboothsmith.com    Georgia Bar No. 273862
pfriduss@hallboothsmith.com
rbritt@hallboothsmith.com     *Counsel for Defendants Keisha Lance*
nkinsley@hallsmith.com        *Bottoms and Erika Shields*