IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,<br><br>　　Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity,<br><br>　　Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-02798-JPB |

**DEFENDANTS KEISHA LANCE BOTTOMS AND
ERIKA SHIELDS' MOTION FOR PERMISSION TO FILE BRIEF IN
SUPPORT OF FIRST AMENDED MOTION TO DISMISS IN EXCESS OF
25 PAGES**

COME NOW, KEISHA LANCE BOTTOMS, in her Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity, Defendants in the above-styled action and file and serve this Motion for Permission to File Brief in Support of First Amended Motion to Dismiss in Excess of 25 Pages, pursuant to Local Rule 7.1. The aforementioned defendants are filing a Motion to Dismiss and need five (5)

1

additional pages to address the plaintiffs' allegations and arguments raised in their First Amended Complaint.

    Respectfully submitted this 16th day of August, 2022.

**HALL BOOTH SMITH, P.C.**

*/s/ R. David Ware*
*/s/ Phillip E. Friduss*
R. DAVID WARE
Georgia Bar No. 737756
PHILLIP E. FRIDUSS
Georgia Bar No. 277220
NICHOLAS A. KINSLEY
Georgia Bar No. 273862

191 Peachtree Street. N.E.
Suite 2900
Atlanta, Georgia 30303
Tel: (404) 954-5000
Fax: (404) 954-5020
Email: dware@hallboothsmith.com
       pfriduss@hallboothsmith.com
       nkinsley@hallsmith.com

*Counsel for Defendants Keisha Lance Bottoms and Erika Shields*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,<br><br>Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-02798-JPB |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS KEISHA LANCE BOTTOMS AND ERIKA SHIELDS' MOTION FOR PERMISSION TO FILE BRIEF IN SUPPORT OF FIRST AMENDED MOTION TO DISMISS IN EXCESS OF 25 PAGES** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of Record is:

Lance J. LoRusso
LoRusso Law Firm, P.C.
1827 Powers Ferry Road, S.E.

Atlanta, Georgia 30339
lance@lorussolawfirm.com
*Attorney for Plaintiffs*

This 16th day of August, 2022.

                    **HALL BOOTH SMITH, P.C.**

                    */s/ R. David Ware*
                    */s/ Phillip E. Friduss*

| | |
|---|---|
| | R. DAVID WARE |
| | Georgia Bar No. 737756 |
| 191 Peachtree Street. N.E. | PHILLIP E. FRIDUSS |
| Suite 2900 | Georgia Bar No. 277220 |
| Atlanta, Georgia 30303 | NICHOLAS A. KINSLEY |
| Tel:  (404) 954-5000 | Georgia Bar No. 273862 |
| Fax:  (404) 954-5020 | |
| Email: dware@hallboothsmith.com | *Counsel for Defendants Keisha Lance* |
|        pfriduss@hallboothsmith.com | *Bottoms and Erika Shields* |
|        nkinsley@hallsmith.com | |

4