IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,<br><br>Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity,<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:21-cv-02798-JPB |

**DEFENDANTS KEISHA LANCE BOTTOMS AND
ERIKA SHIELDS' AMENDED MOTION FOR PERMISSION TO FILE
BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST
AMENDED COMPLAINT IN EXCESS OF 25 PAGES**

COME NOW, KEISHA LANCE BOTTOMS, in her Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity, Defendants in the above-styled action and file and serve this Amended Motion for Permission to File Brief in Support of Motion to Dismiss Plaintiffs' First Amended Complaint in Excess of 25 Pages, pursuant to Local Rule 7.1. The aforementioned defendants are filing a Motion to Dismiss Plaintiffs' First Amended Complaint and need five (5) additional pages in

1

the supporting brief to address the plaintiffs' allegations and arguments raised in their First Amended Complaint.[1]

Respectfully submitted this 16th day of August, 2022.

                                              **HALL BOOTH SMITH, P.C.**

| | |
|---|---|
| | */s/ R. David Ware* |
| | */s/ Phillip E. Friduss* |
| | R. DAVID WARE |
| | Georgia Bar No. 737756 |
| 191 Peachtree Street. N.E. | PHILLIP E. FRIDUSS |
| Suite 2900 | Georgia Bar No. 277220 |
| Atlanta, Georgia 30303 | NICHOLAS A. KINSLEY |
| Tel: (404) 954-5000 | Georgia Bar No. 273862 |
| Fax: (404) 954-5020 | |
| Email: dware@hallboothsmith.com | *Counsel for Defendants Keisha Lance* |
|       pfriduss@hallboothsmith.com | *Bottoms and Erika Shields* |
|       nkinsley@hallsmith.com | |

---

[1] These Defendants incorrectly filed a previous motion for permission to file excess pages for a "Brief in Support of First Amended Motion to Dismiss." The correct name of the brief is "Brief in Support of Motion to Dismiss Plaintiff's First Amended Complaint."

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,<br><br>Plaintiffs,<br><br>v.<br><br>KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:21-cv-02798-JPB |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **DEFENDANTS KEISHA LANCE BOTTOMS AND ERIKA SHIELDS' AMENDED MOTION FOR PERMISSION TO FILE BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT IN EXCESS OF 25 PAGES** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of Record is:

Lance J. LoRusso
LoRusso Law Firm, P.C.
1827 Powers Ferry Road, S.E.

Atlanta, Georgia 30339
lance@lorussolawfirm.com
*Attorney for Plaintiffs*


This 16th day of August, 2022.

                                                 **HALL BOOTH SMITH, P.C.**

                                                 */s/ R. David Ware*
                                                 */s/ Phillip E. Friduss*
                                                 R. DAVID WARE
                                                 Georgia Bar No. 737756

191 Peachtree Street. N.E.        PHILLIP E. FRIDUSS
Suite 2900                                Georgia Bar No. 277220
Atlanta, Georgia 30303            NICHOLAS A. KINSLEY
Tel:  (404) 954-5000             Georgia Bar No. 273862
Fax:  (404) 954-5020
Email: dware@hallboothsmith.com   *Counsel for Defendants Keisha Lance*
        pfriduss@hallboothsmith.com   *Bottoms and Erika Shields*
        nkinsley@hallsmith.com