UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER, <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual Capacity, PAUL HOWARD, in his Individual Capacity, and ERIKA SHIELDS, in her Individual Capacity, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:21-CV-2798-SEG |

# **O R D E R**

This case is before the Court on the amended motion for leave to file excess pages filed by Defendants Keisha Lance Bottoms and Erika Shields. (Doc. 69.) Defendants intend to file a motion to dismiss Plaintiffs' first amended complaint. They seek leave to file an additional 5 pages in the brief supporting their motion to dismiss.

The motion is GRANTED. Defendants Bottoms and Shields are permitted an extension of 5 pages beyond the limitation set forth under Local Rule 7.1, NDGa, for their brief in support of their motion to dismiss Plaintiffs'

first amended complaint.  Plaintiffs are likewise granted leave to file an additional 5 pages in their response to the motion to dismiss.  Defendants Bottoms and Shields are granted leave to file an additional 5 pages in their reply brief.

**SO ORDERED** this 17th day of August, 2022.

_____
SARAH E. GERAGHTY
United States District Judge