AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-2798-SEG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robb Pitts chairman of Fulton Co Board of Commissioners Board of Commissioners 141 Pryor Street SW suite 4053 Atlanta, Ga 30303

was received by me on *(date)* 09/14/2022

☒ I personally served the summons on the individual at *(place)* Atlanta City Attorneys, Tanisha Holyfield on *(date)* 09/14/2022 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/14/2022

_____
Server's signature

Christopher Beanland
Printed name and title

200 wing mill Road Atlanta Ga 30350
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset