# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual capacity <br> PAUL HOWARD, in his Individual AND Official Capacity, GREG L. THOMAS, in his Individual AND Official Capacity and ERIKA SHIELDS, in her Individual capacity, and FULTON COUNTY GOVERNMENT <br><br> Defendants. | Civil Action File No. <br> 1:21-cv-02798-SEG |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE

COME NOW Mark Gardner, Lonnie Hood, and Ivory Streeter, by and through their attorney's LoRusso Law Firm, with the agreement of the Defendants Fulton County Government, through counsel, respectfully request for an additional 21 days, in compliance with Local Rule 7.4 and Judge's Standing Order, to respond to Defendant's Motion to Dismiss (Docket 80 and 80-1) filed on September 02, 2022. In support of this request the Plaintiffs believe an extension is necessary to effectively respond to all responsive pleadings presently filed in this

case and related cases due to their number and complexity of the legal issues in question. Plaintiff's counsel has communicated with counsel involved and has suggested an alternate deadline to respond by October 7th, 2022, to which Defendants' Counsel does not object.

Respectfully submitted this 15th day of September, 2022.

Respectfully submitted,

| | |
|---|---|
| **OFFICE OF FULTON COUNTY ATTORNEY** | **LORUSSO LAW FIRM, P.C.** |
| | */s/Lance J. LoRusso* |
| */s/Juliana Sleeper* | Lance J. LoRusso, Esq. |
| (With expressed permission) | Georgia Bar No. 458023 |
| Juliana Sleeper | LoRusso Law Firm, P.C. |
| Georgia Bar No. 376099 | 1827 Powers Ferry Road, S.E. |
| 141 Pryor Street, S.W. | Atlanta, Georgia 30339 |
| Suite 4038 | P: 770-644-2738 |
| Atlanta, Georgia 30303 | F: 770-644-2379 |
| Tel: 404-612-0246 | lance@lorussolawfirm.com |
| Juliana.Sleeper@fultoncountyga.gov | *Attorney for Plaintiffs* |
| *Attorney for Defendant Fulton County* | |
| | */s/ Ken Davis* |
| | Ken Davis |
| | Georgia Bar No. 705045 |
| | LoRusso Law Firm P.C. |
| | *Attorneys for Plaintiffs* |

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual capacity <br> PAUL HOWARD, in his Individual AND Official Capacity, GREG L. THOMAS, in his Individual AND Official Capacity and ERIKA SHIELDS, in her Individual capacity, and FULTON COUNTY GOVERNMENT <br><br> Defendants. | Civil Action File No. <br> 1:21-cv-02798-SEG |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

/s/Lance J. LoRusso
Lance J. LoRusso, Esq.
Georgia Bar No. 458023
LoRusso Law Firm, P.C.
*Attorney for Plaintiffs*

s/ Ken Davis
Ken Davis

                                            Georgia Bar No. 705045
                                            LoRusso Law Firm P.C.
                                            *Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MARK GARDNER, | * | |
| LONNIE HOOD, and | * | |
| IVORY STREETER | * | |
| | * | |
| Plaintiffs, | * | |
| | * | Civil Action File No. |
| v. | * | 1:21-cv-02798-SEG |
| | * | |
| KEISHA LANCE BOTTOMS, in her | * | |
| Individual capacity | * | |
| PAUL HOWARD, in his | * | |
| Individual AND Official | * | |
| Capacity, GREG L. THOMAS, in his | * | |
| Individual AND Official Capacity and | * | |
| ERIKA SHIELDS, in her | * | |
| Individual capacity, and FULTON | * | |
| COUNTY GOVERNMENT | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system.

This 15th day of September, 2022.

/s/Lance J. LoRusso
Lance J. LoRusso, Esq.
Georgia Bar No. 458023
LoRusso Law Firm, P.C.
*Attorney for Plaintiffs*

s/ Ken Davis

                                            Ken Davis  
                                            Georgia Bar No. 705045  
                                            LoRusso Law Firm P.C.  
                                            *Attorney for Plaintiffs*