IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiff, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, *et al.*, <br><br> Defendants. | CIVIL ACTION FILE NO. <br><br> 1:21-CV-02798-SEG |

## CONSENT MOTION TO STAY PRELIMINARY DEADLINES

Plaintiffs, Mark Gardner, Lonnie Hood, and Ivory Streeter, and Defendants Fulton County, Georgia, Keisha Lance Bottoms, Paul Howard, Erika Shields, and Greg L. Thomas, respectfully request that the Court stay all procedures and requirements of Fed. R. Civ. P. 26 and N.D. Ga. Local Rule 26.1, including the deadline for the Parties to serve initial disclosures, pending the Court's ruling on Defendants' Motions to Dismiss. In support of this Motion, the Parties show the following:

1

1. On July 13, 2021, Plaintiffs, Mark Gardner, Lonnie Hood, and Ivory Streeter, filed their complaint against Defendants, Keisha Lance Bottoms, Paul Howard, and Erika Shields. [Doc. 1].

2. Defendants Bottoms and Shields filed a motion to dismiss on September 15, 2021. [Doc. 21].

3. Defendant Howard filed a motion to dismiss on September 10, 2021. [Doc 24].

4. Defendant Bottoms and Shields filed a motion to stay proceedings on September 10, 2021. [Doc 23].

5. Defendant Howard filed a motion to stay discovery on September 13, 2021. [Doc 25].

6. This Court granted Defendants' motions to stay on October 25, 2021. [Doc 32].

7. On August 3, 2022, Plaintiffs filed their "First Amended Complaint" adding Greg Thomas, and Fulton County as Defendants to the suit. [Doc 63].

8. Defendant Bottoms and Shields filed Motion to Dismiss on August 17, 2022. [Doc 73].

9. Defendant Howard filed Motion to Dismiss on August 17, 2022. [Doc 75].

10. Defendant Fulton County, Georgia filed a motion to dismiss on September 2, 2022. [Doc 80].

11. Defendant Thomas filed a motion for extension of time to respond to First Amended Complaint. [Doc 83]. This Court granted Thomas' motion for extension of time. [Doc 84].

12. Plaintiffs plan to file a response to each of Defendants' motions to dismiss and Defendants plan to file replies in support of their respective motions.

13. If the Court grants one or more of the motions to dismiss, it will eliminate the need for discovery with respect to the dismissed Defendant(s) or claim(s). Accordingly, the requested stay will promote judicial economy and efficiency by preventing costly discovery that could potentially be unnecessary.

14. This Court has broad discretion to stay discovery until it resolves these motions. *See Chudasma v. Mazda Motor Corp.,* 123 F. 3d 1353, 1367-68 (11th Cir. 1997). Courts within the Eleventh Circuit routinely find good cause to stay discovery where there is a pending motion to dismiss. *See, e.g., Habib v. Bank of Am. Corp.,* No. 1:10-cv-04079-SCJ-RGV, 2011 WL 2580971, at *6 n.4 (N.D. Ga. Mar. 15, 2011) ("[T]here is good cause to stay discovery obligations until the District Judge rules on [the

defendant's] motion to dismiss to avoid undue expense to both parties."); *Berry v. Canady,* No. 2:09-cv-765-FtM-29SPC, 2011 WL 806230, at *1 (M.D. Fla. Mar. 2, 2011) (quoting *Moore v. Potter,* 141 F. App'x 803, 807 (11th Cir. 2005)) ("[N]either the parties nor the court have any need for discovery before the court rules on the motion [to dismiss].").

15. The Parties do not seek this stay for delay or any improper purpose. Therefore, for the efficiency of the Parties and the Court, the Parties respectfully request that all Rule 26 and N.D. Ga. L.R. 26 deadlines run from the time of the Court's last ruling on Defendants' pending motions to dismiss.

16. A proposed order is attached for the Court's convenience.

Respectfully submitted, this 16th day of September 2022.

<div style="display:flex">

*/s/ Juliana Sleeper*_____
Juliana Sleeper
Georgia Bar No. 376099
**Office of the Fulton County Attorney**
141 Pryor Street, Suite 4083
Atlanta, GA 30303
mathew.plott@fultoncountyga.gov
*Counsel for Defendant Fulton County*

*/s/ Ken Davis*_____
Lance J. LoRusso
Georgia Bar No. 458023
Ken Davis
Georgia Bar No. 705045
**LoRusso Law Firm, P.C.**
1827 Powers Ferry Road, S.E.
Atlanta, Georgia 30339
Telephone: (770) 644-2738
Facsimile: (770) 644-239
lance@lorussolawfirm.com
*Counsel for Plaintiffs*

</div>

*/s/ Annarita L.McGovern___*
Annarita L. McGovern
Georgia Bar No. 098141
Walter B. Yarbrough
Georgia Bar No. 780353
**Satcher McGovern LLC**
288 South Main Street, Suite 100
Alpharetta, Georgia 30009
amcgovern@satchermcgovernlaw.com
wyarbrough@satchermcgovernlaw.com
*Counsel for Defendant Greg Thomas*

*/s/ Noah Green_____*
Noah Green
Georgia Bar No. 468138
**Henefeld & Green, PC**
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
ngreen@henefeldgreen.com
*Counsel for Defendant Paul Howard*

*/s/Phillip E. Friduss_____*
R. David Ware
Georgia Bar No. 737756
Phillip E. Friduss
Georgia Bar No. 277220
Nicholas A. Kinsley
Georgia Bar No. 273862
**HALL BOOTH SMITH, P.C.**
191 Peachtree Street. N.E.
Suite 2900
Atlanta, Georgia 30303
dware@hallboothsmith.com
pfriduss@hallboothsmith.com
nkinsley@hallboothsmith.com
*Counsel for Defendant Keisha Lance Bottoms and Erika Shields*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiff, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION FILE NO. <br> ) <br> ) <br> ) 1:21-CV-02798-SEG <br> ) <br> ) <br> ) <br> ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the within and foregoing ***Consent Motion to Stay Preliminary Deadlines*** and ***Proposed Order*** with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

<table>
<tr>
<td>

Lawrence J. LoRusso
Ken Davis
**LoRusso Law Firm PC**
1827 Powers Ferry Rd., Bldg. 8
Suite 200
Atlanta, GA 30339
lance@lorussolawfirm.com
ken@lorussolawfirm.com
*Counsel for Plaintiffs*

</td>
<td>

Noah Green
**Henefeld & Green, PC**
3017 Bolling Way NE
Suite 129
Atlanta, GA 30305
ngreen@henefeldgreen.com
*Counsel for Defendant Paul Howard*

</td>
</tr>
</table>

6

|  |  |
|---|---|
| Phillip E. Friduss<br>**HALL BOOTH SMITH, P.C.**<br>191 Peachtree Street. N.E.<br>Suite 2900<br>Atlanta, Georgia 30303<br>dware@hallboothsmith.com<br>Counsel for Defendant Keisha Lance Bottoms and Erika Shields | Annarita L. McGovern<br>Walter B. Yarbrough<br>**Satcher McGovern LLC**<br>288 South Main Street, Suite 100<br>Alpharetta, Georgia 30009<br>amcgovern@satchermcgovernlaw.com<br>wyarbrough@satchermcgovernlaw.com<br>*Counsel for Defendant Greg Thomas* |

This 16th day of September 2022.

/s/ *Juliana Sleeper*_____
Juliana Sleeper
Senior Assistant County Counsel
Georgia Bar No. 376099
Juliana.Sleeper@fultoncountyga.gov

**Office of the Fulton County Attorney**
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia 30303
(404) 612-0246 (office)
(404) 730-6324 (facsimile)

7