IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual capacity <br> PAUL HOWARD, in his Individual AND Official Capacity, GREG L. THOMAS, in his Individual AND Official Capacity and ERIKA SHIELDS, in her Individual capacity, and FULTON COUNTY GOVERNMENT <br><br> Defendants. | Civil Action File No. <br> 1:21-cv-02798-SEG |

**PLAINTIFFS MARK GARDNER, LONNIE HOOD, AND IVORY STREETER MOTION FOR PERMISSION TO FILE BRIEF IN SUPPORT OF RESPONSE TO DEFENDANT FULTON COUNTY'S MOTION TO DISMISS IN EXCESS OF 25 PAGES**

COME NOW, PLAINTIFFS MARK GARDNER, IVORY STREETER, and LONNIE HOOD, in the above-styled action and file and serve this Motion for Permission to File Brief in Support of Response to Defendant Fulton County's Motion to Dismiss in Excess of 25 Pages, pursuant to Local Rule 7.1. The aforementioned plaintiffs are filing a Response to Defendant Fulton County's

Motion to Dismiss and need five (5) additional pages in the supporting brief to address the Defendant's Motion to Dismiss.

Respectfully submitted this 16th day of September, 2022.

By:
*/s/Lance J. LoRusso*
Lance J. LoRusso
Georgia Bar No. 458023

*/s/ Ken Davis*
Ken Davis
Georgia Bar No. 705045
*Counsels for Plaintiffs*

LoRusso Law Firm, P.C.
1827 Powers Ferry Road, S.E.
Atlanta, Georgia 30339
P: 770-644-2738 | F: 770-644-2379
lance@lorussolawfirm.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual capacity <br> PAUL HOWARD, in his Individual AND Official Capacity, GREG L. THOMAS, in his Individual AND Official Capacity and ERIKA SHIELDS, in her Individual capacity, and FULTON COUNTY GOVERNMENT <br><br> Defendants. | Civil Action File No. <br> 1:21-cv-02798-SEG |

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

/s/Lance J. LoRusso
Lance J. LoRusso, Esq.
Georgia Bar No. 458023
LoRusso Law Firm, P.C.
*Attorney for Plaintiffs*

s/ Ken Davis
Ken Davis

                Georgia Bar No. 705045
                LoRusso Law Firm P.C.
                *Attorney for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| MARK GARDNER, <br> LONNIE HOOD, and <br> IVORY STREETER <br><br> Plaintiffs, <br><br> v. <br><br> KEISHA LANCE BOTTOMS, in her Individual capacity <br> PAUL HOWARD, in his Individual AND Official Capacity, GREG L. THOMAS, in his Individual AND Official Capacity and ERIKA SHIELDS, in her Individual capacity, and FULTON COUNTY GOVERNMENT <br><br> Defendants. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | Civil Action File No. <br> 1:21-cv-02798-SEG |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the within and foregoing with the Clerk of Court using the CM/ECF system.

Respectfully submitted this 16th day of September, 2022.

*s/ Lance J. LoRusso*
Lance J. LoRusso, Esq
Georgia Bar No. 458023
Attorney for Plaintiffs

*s/ Ken Davis*
Ken Davis, Esq.
Georgia Bar No. 705045
Attorney for Plaintiffs
