IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK GARDNER, LONNIE HOOD, and IVORY STREETER,  Plaintiffs, v.  PAUL HOWARD, in his Individual capacity, et al.  Defendants. | CIVIL ACTION NO. 1:21-cv-02798-SEG |

## ORDER

This case is before the Court on Defendant Howard's consent motion for an extension of time to file his reply brief to his pending motion to dismiss. (Doc. 115.) The motion is GRANTED IN PART. Defendant Howard shall have up to and through November 14, 2022, to file his reply to Plaintiffs' response in opposition to his motion to dismiss.

SO ORDERED this 31st day of October, 2022.

_____
SARAH E. GERAGHTY
UNITED STATES DISTRICT JUDGE