## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

MARK GARDNER, LONNIE
HOOD and IVORY STREETER,

     Plaintiffs,

v.

KEISHA LANCE BOTTOMS, in her
Individual capacity PAUL HOWARD,
in his Individual AND Official
Capacity, GREG L. THOMAS, in his
Individual AND Official Capacity and
ERIKA SHIELDS, in her Individual
capacity, and FULTON COUNTY
GOVERNMENT,

     Defendants.

CIVIL ACTION FILE NO.
1:21-cv-02798-TCB

## AMENDED ORDER

Defendant Greg L. Thomas together with Plaintiffs Mark Gardner, Lonnie Hood and Ivory Streeter having come before me, and for good cause shown, it is hereby ORDERED that the parties' Amended Consent Motion for an Extension of Time to File is granted.  The Court amends its Order dated December 7, 2022 hereby extending Defendant Thomas' time to reply to Plaintiffs' Response to Defendant Thomas' Motion to Dismiss [116] to January 22, 2023.

SO ORDERED this  14th  day of December, 2022.

TIMOTHY C. BATTEN, SR.
United States District Court Judge
Northern District of Georgia